**No. P68/117.**—Sinclair Paint Co. et al. *v.* United States, protests 65/24843, etc. (Los Angeles).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper

similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.